UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANA A. BAESE,<br><br>　　　　Defendant. | 6:17-PO-5040-KLD<br>Ticket Number: FBGB001Y,<br>　FBGB001Z and FBGB0020<br>Location Code: M5<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　　The Defendant, Dana A. Baese, was present in court and entered a plea of guilty to the charges of: ILLEGAL POSSESSION OF MARIJUANA PARAPHERNALIA, STORING FOOD OR REFUSE AS SPECIFIED IN THE ORDER, and POSSESSION OF DANGEROUS DRUGS MATHAMPHETAMINE.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　　1.　Defendant must pay a special assessment and processing fee in the amount of $40.00 for ILLEGAL POSSESSION OF MARIJUANA PARAPHERNALIA, a special assessment and processing fee in the amount of $40.00 for STORING FOOD OR REFUSE AS SPECIFIED IN THE ORDER, and a special assessment and processing fee in the amount of $40.00 for POSSESSION OF DANGEROUS DRUGS MATHAMPHETAMINE for a total of $120.00.

There is no fine assessed.  Defendant must pay by check or money order payable to "U.S. COURTS — CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov .  The fees shall be paid as follows: $120.00 in fees shall be paid on or before **January 13, 2023**.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: October 20, 2021.

10/21/2021
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge